# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albany Office<br>39 NORTH PEARL ST.<br>5TH FLOOR<br>ALBANY, NY 12207<br>(518) 436-1850<br>(518) 436-1780 FAX | Syracuse Office<br>4 CLINTON SQUARE<br>3RD FLOOR<br>SYRACUSE, NY 13202<br>(315) 701-0080<br>(315) 701-0081 FAX |

**Lisa Peebles**
**Federal Public Defender**

RESPOND TO SYRACUSE OFFICE

December 18, 2018

Honorable David E. Peebles
United States Courthouse
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York   13261

**RE:    UNITED STATES V. BRENT ALLEN ELISENS**
       **CASE NO.: 18-MJ-739 (DEP)**

Dear Judge Peebles:

The defense has no issue with complying with the government's proposed protective order.

Thank you.

Very truly yours,
OFFICE OF THE FEDERAL PUBLIC DEFENDER

By:
*S/Randi J. Bianco, Esq.*
Assistant Federal Public Defender

RJB: