◈ AO 94  Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern  District of  New York

UNITED STATES OF AMERICA
V.
Jerry Drake Varnell
**In re:  BRENT ALLEN ELISENS**

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | Western District of Oklahoma, CR-17-239-D | Northern District of New York; 5:18-MJ-739 (DEP) | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ____  Information ____  Complaint ____  **X**  Warrant For Arrest of a Material Witness

charging a violation  **18**  U.S.C. §  **3144**

**DISTRICT OF OFFENSE**
Western District of Oklahoma

**DESCRIPTION OF CHARGES:**

Brent Allen Elisens is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144

**CURRENT BOND STATUS:**

____  Bail fixed at _____ and conditions were not met
**X**  Government moved for detention and defendant detained after hearing in District of Arrest
____  Government moved for detention and defendant detained pending detention hearing in District Offense
☐  Other (specify)

**Representation:**  ☐ Retained Own Counsel  **X** Federal Defender  ☐ CJA Attorney  ☐ None
**Interpreter Required?**  **X** No  ☐ Yes  **Language :**

**DISTRICT:  NORTHERN NEW YORK**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

**December 18, 2018**
**Date**

_[signature]_
David E. Peebles
U.S. Magistrate Judge

**RETURN**

**This commitment was received and executed as**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| **DATE** | **UNITED STATES MARSHAL** | **(BY) DEPUTY MARSHAL** |
|---|---|---|
| | | |